Cause dismissed upon motion of counsel for Relators, the order of the Railroad Commissioners having been complied with, at costs of Relators.

*D. C. McMullen,* for Relators;

*Alex St. Clair-Abrams,* for Respondent.

---

American Securities Company, a Corporation, Appellant, v. Samuel S. Goldsberry, Charles D. Mills and Etta F. Mills, his wife, Appellees.

An Appeal from Decree of the Circuit Court within and for the County of Duval.

Dismissed on motion of counsel for appellee, Samuel S. Goldsberry, appeal having been entered September 15, 1915, at costs of appellant.

*Francis B. McGarry,* for Appellant;

*Axtell & Rinehart,* for Appellees.

---

American Securities Company, a Corporation, Appellant, v. Samuel S. Goldsberry, Charles D. Mills and Etta F. Mills, his wife, Appellees.

An Appeal from Decrees of the Circuit Court within and for the County of Duval.

Appeal entered December 14, 1915, dismissed on motion of counsel for Appellee, Samuel S. Goldsberry, at costs of Appellant.

*Francis B. McGarry,* for Appellant;

*Axtell & Rinehart,* for Appellees.

---

John Toees, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Duval.

Writ of Error dismissed on motion of Attorney General at costs of Duval County.

No appearance for Plaintiff in Error;

*T. F. West,* Attorney General, for the State.

---

Brevard Naval Stores Company, a Corporation, and Florida Naval Stores and Manufacturing Company, a Corporation, Plaintiffs in Error, v. St. Johns River Terminal Company, a Corporation, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Duval.